

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00155-CV

**BEXAR COUNTY HOSPITAL** d/b/a University Health System,
Appellant

v.

Paul Douglas **HARLAN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11941
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason K. Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court